IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RUSSELL DWAYNE RODGERS, ) | No. C 12-01479 JW (PR) |
| Plaintiff, ) | ORDER OF DISMISSAL |
| vs. ) | |
| KELLIE, et al., ) | |
| Defendants. ) | |

On March 23, 2012, Plaintiff, filed this pro se civil rights action under 42 U.S.C. § 1983. That day, the Clerk notified Plaintiff that his in forma pauperis ("IFP") application was incomplete because Plaintiff had failed to submit a Certificate of Funds in Prisoner's Account completed and signed by an authorized officer at the prison and failed to attach a copy of his prisoner trust account statement showing transactions for the last six months. Along with the notice, the Clerk mailed to Plaintiff the Court's IFP forms, instructions for completing the forms, and a stamped return envelope. In the notice, Plaintiff was informed that the case would be dismissed if he did not either pay the fee or file a completed IFP application within thirty days. More than thirty days have passed, and Plaintiff has neither paid the filing fee, filed an IFP application, nor explained his failure to do so.

Order of Dismissal
C:\Users\noblew\AppData\Local\Temp\fz3temp-1\Rogers-12-1479_ifp-dism.wpd

Accordingly, this case is DISMISSED without prejudice.  *See* Fed. R. Civ. P. 41(b).

The Clerk shall enter judgment and close the file.

IT IS SO ORDERED.

DATED: May 3, 2012

JAMES WARE  
United States District Chief Judge

**United States District Court**  
For the Northern District of California

Order of Dismissal  
C:\Users\noblew\AppData\Local\Temp\fz3temp-1\Rogers-12-1479_2fp-dism.wpd